02/28/2014 13:00 FAX ☒ 002/003

# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/1/2015 4:18:29 PM
CATHY S. LUSK
Clerk

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): 12 - 15 - 00003 - CR

Trial Court Style: The State of Texas vs. Dequisha Jackson

Trial Court & County: 159th Angelina County          Trial Court No.: 2013-0731

Date Trial Clerk's Record Originally Due: 2/28/15

Date Court Reporter's/Recorder's Record Originally Due: 2/28/15

Anticipated Number of Pages of Record: 720

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either     ☞
the required fee or to make arrangements to pay the fee for preparing the record.

☐     my duties listed below preclude working on this record;

☒     Other. (Explain.): I was able to get back one of the two days the court reporter had and he said he will have his day finished this weekend.  I will hopefully have this turned in this coming Friday.  Thank you

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 5/8/15     and I

hereby request an additional     7     days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

5/1/15
Date

Signature *W. Madison-Lindsey*

936-671-4078
Office Phone Number

Printed Name  Whitney Madison-Lindsey

wmadison-lindsey@angelinacounty.net
E-mail Address (if available)

Official Title  Official Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12ᵗʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

**Certificate requirements.** A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: April Perez

Address: P.O. Box 908

Lufkin, Texas 75902

Phone no.: 936-632-5090

Attorney for: The State of Texas

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for APPELLANT(S):

Name: John Reeves

Address: 1007 Grant Street

Lufkin, Texas 75901

Phone no.: 936-632-1640

Attorney for: Dequisha Jackson

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Additional                    information,                    if                    any: